UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR122 (MB) |
| v. | VIOLATION: |
| MICHAEL SHERIDAN | 18 U.S.C. §§ 922(o) and 924(a)(2) (Unlawful Possession of a Machinegun) |

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE
(Unlawful Possession of a Machinegun)

1. On or about January 29, 2021, in the District of Connecticut, the defendant MICHAEL SHERIDAN did knowingly possess a machinegun, that is, an AK-47 type, 7.62 x 39 caliber machinegun bearing no serial number that law enforcement in Maine received on or about February 3, 2021.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### FORFEITURE ALLEGATION

2. Upon conviction of Count One of this Information, the defendant MICHAEL SHERIDAN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense including but not limited to the following: an AK-47 type, 7.62 x 39 caliber machinegun bearing no serial number that law enforcement in Maine received on or about February 3, 2021, and all ammunition associated with that firearm.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

*[signature]*
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*[signature]*
MARGARET M. DONOVAN
ASSISTANT UNITED STATES ATTORNEY